UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60632-CIV-COHN/WHITE

DENIS CHAVEZ,

    Petitioner,

v.

MICHAEL CREWS,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** is before the Court upon the Report and Recommendation [DE 15] ("Report") of Magistrate Judge Patrick A. White concerning Petitioner Denis Chavez's *pro se* Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [DE 1] ("Petition"). Chavez has not filed objections to the Report by the deadline of November 15, 2013. Nevertheless, the Court has reviewed *de novo* the file herein and is otherwise fully advised in the premises.

In his Petition, Chavez challenges his two convictions and consecutive life sentences for capital sexual battery on a child under the age of twelve by a person eighteen years of age or older. After thoroughly examining the procedural history in this case, Magistrate Judge White determined that Chavez's Petition was not filed within the one-year statute of limitations for federal habeas petitions. See 28 U.S.C. § 2244(d). Judge White further concluded that Chavez had not met the requirements for equitable tolling of the limitations period. See Lawrence v. Florida, 549 U.S. 327, 336 (2007). Accordingly, Judge White recommended dismissing the Petition as untimely filed.

More, because the Petition was "clearly time-barred," Judge White recommended that the Court deny a certificate of appealability.  DE 15 at 12; see 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

After a careful review, this Court agrees with Magistrate Judge White's conclusions and recommendations.  The Court will therefore dismiss Chavez's Petition as untimely filed.  Also, the Court will deny a certificate of appealabilty because Chavez has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling."  Slack, 529 U.S. at 484; see 28 U.S.C. § 2253(c)(2).

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 15] is **ADOPTED**;

2. The Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [DE 1] is **DISMISSED** as untimely;

3. Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, Petitioner is **DENIED** a certificate of appealabilty.  The Court notes that under Rule 22(b)(1) of the Federal Rules of Appellate Procedure, Petitioner may seek a certificate of appealability from the Eleventh Circuit; and

4. The Court will enter a separate Final Judgment consistent with this Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of November, 2013.

JAMES I. COHN
United States District Judge

2

Copies provided to:

Magistrate Judge Patrick A. White

Counsel of record

Denis Chavez, *pro se*
L54292
Everglades Correctional Institution
Inmate Mail/Parcels
1599 SW 187th Avenue
Miami, FL  33194